# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-4310 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of October, 2018, upon consideration of *pro se* Plaintiff Edward Thomas Kennedy's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. All claims that Kennedy asserts on his own behalf are **DISMISSED as malicious**. To the extent Kennedy asserts claims on behalf of Brian Seidel, Annette Hunter, Kermit A. Ritter, Clyde Elliot Deal, and Shirley M. Swavely, those claims are **DISMISSED without prejudice**. Kennedy may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

            **BY THE COURT:**

            **/s/ Jeffrey L. Schmehl**
            **JEFFREY L. SCHMEHL, J.**